# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Arnold Lorenzo Paige ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                3:00-cv-535-1-Mu

Jim Pendergraph, et al.

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2003 Order and the Stipulation of Dismissal filed November 10, 2005.

**Signed: November 14, 2005**

Frank G. Johns, Clerk
United States District Court